FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 AUG -8  PM 2: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____
_____DEPUTY

RDB 14 CV 2528

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| -against- | : | Civil Action No. |
| | : | |
| | : | |
| $17,673.00 in U.S. CURRENCY, | : | |
| Defendant | | |

: : : : : : : : :

### VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United

States Attorney for the District of Maryland, and Evan T. Shea, Assistant United States Attorney,

brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the

Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.      This is a civil forfeiture action against U.S. currency which was furnished or

intended to be furnished in exchange for a controlled substance or listed chemical, or constituted

proceeds traceable to an exchange of controlled substances or moneys used to facilitate a

violation of 21 U.S.C. § 841, and therefore should be forfeited to the United States of America

pursuant to 21 U.S.C. §881(a)(6).

### THE DEFENDANTS IN REM

2.      The defendant property consists of $17,673.00 in U.S. Currency (hereinafter, the

"Defendant Property").

3.      The Defendant Property was seized on June 29, 2010 during the execution of a

search and seizure warrant at 2402 Molton Way, Windsor Mill, Maryland 21224.

## JURISDICTION AND VENUE

4.          Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. §881.

5.          This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

6.          Venue is proper in this district pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7.          The defendant property is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6) because it constitutes: (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act;  (2) proceeds traceable to such an exchange;  and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

8.          The forfeiture is based upon, but not limited to, the following evidence:

9.          On June 29, 2010, members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Baltimore Group III executed a search and seizure warrant issue by a Maryland State District Court Judge at Lamont Jackson's home at 2402 Molton Way, Windsor Mill, Maryland 21224, and Jackson's 2000 Honda minivan bearing MD registration (28739M7).

10.          Jackson, his wife Lerin Jackson, and two children were in the residence.

2

11.      ATF Task Force Officer ("TFO") Michael T. Pratt advised both Lamont Jackson, and Lerin Jackson with their rights pursuant to *Miranda v. Arizona*. Both individuals stated that they understood their rights and agreed to talk to investigators.

12.      TFO Michael T. Pratt asked Lamont and Lerin Jackson if they had any weapons, drugs, or large amounts of money in the van or in the home.

13.      Lerin Jackson turned to Lamont Jackson, and Lamont stated that he did not, but that if any such items were found it would belong to him and that his wife would not have anything to do with it.

14.      Lerin Jackson then stated that she believed that she may have approximately $700.00 on the top of her bedroom dresser.

15.      Law enforcement then searched 2402 Molton Way, Windsor Mill, Maryland 21224. During the search, law enforcement recovered (1) a Glock model 17, 9 mm pistol bearing serial number ES915US loaded with a magazine containing 15 rounds of ammunition, (2) $17,673.00 in U.S. Currency, $50.00 of which was recovered from on top of a dresser in the master bedroom.

16.      Law enforcement also searched the 2000 Honda minivan bearing MD registration (28739M7). During that search, law enforcement recovered: (1) approximately seven pounds of suspected marijuana, and (2) 3 digital scales (officers observed that one of the scales had white, powdery residue (suspected cocaine) on top of it) and sifters.

17.      While the search was being conducted, Lamont Jackson stated aloud in the presence of TFO Gary Smith and Special Agent Troy Dannenfelser that he knew it was a matter of time before he got caught.

18.     Lamont Jackson also advised Special Agent Brian E. Klas and TFO Smith that he knew that he was not legally permitted to possess the Glock firearm due to his prior criminal history but that he did so anyway in order to protect his family.

19.     Jackson stated that he was concerned that he might have his house broken into after several recent occurrences in his neighborhood.

20.     All recovered evidence was seized and taken into the custody of either ATF or the Baltimore County Police Department.

21.     Lamont Jackson has the following prior criminal convictions: 1) Controlled Dangerous Substance – Unlawful Manufacture; 2) Controlled Dangerous Substance – Possession with Intent to Distribute; 3) Conspiracy & Handgun on Person; 4) Controlled Dangerous Substance Possession with Intent to Distribute; and 5) Possession with Intent to Distribute.

22.     On June 29, 2010, the Grand Jury for the District of Maryland indicted Lamont Jackson for two criminal counts: possession of a firearm by a convicted felon and possession with intent to distribute marijuana, respectively.

23.     On October 25, 2010, Jackson pled guilty to count 1, possession of a firearm by a convicted felon.

24.     As part of his plea agreement, Jackson agreed that the government could prove beyond a reasonable doubt that the property listed above was seized from the residence at 2402 Molton Way, Windsor Mill, Maryland 21224, and the 2000 Honda minivan bearing MD registration (28739M7).

25.     Jackson further agreed as part of his plea agreement that he made the statements described above.

        **WHEREFORE**, the plaintiff prays as follows:

1.  That any person or persons having any interest therein be cited to appear herein and answer the Complaint;

2.  That a Warrant of Arrest *in rem* issue to the United States Marshal commanding the arrest of the defendant property;

3.  That Judgment of Forfeiture be decreed against the defendant property;

4.  That upon Final Decree of Forfeiture, the United States Marshal dispose of the defendant property according to law; and

5.  That the plaintiff has such other and further relief as the case may require.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

8/7/2014
Date

Evan T. Shea
Assistant United States Attorney
36 S. Charles Street
Fourth floor
Baltimore, Maryland 21201
Telephone (410) 209-4800

## **VERIFICATION**

I, Ivo M. Louvado, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the facts in paragraphs 9 through 25 of the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Bureau of Alcohol, Tobacco, Firearms and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Date

Ivo M. Louvado
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms &
Explosives

6

## **VERIFICATION**

I, Evan T. Shea, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that paragraphs 1 through 8 of the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that everything contained therein is true and correct to the best of my knowledge and belief.

8/7/2014
Date

Evan T. Shea
Assistant United States Attorney

7

# MEMORANDUM

DATE:        August 8, 2014

TO:          Kristine Cupp
             U.S. Marshals Service

             Benjamin Patten, Baltimore Office
             Bureau of Alcohol, Tobacco, Firearms and Explosives

FROM:        Matthew S. Miller
             Paralegal Specialist

RE:          **U.S. v. $17,673.00 in U.S. Currency**
             Civil Action No.

**CATS ID/CASE NO: 761020-09-0039 / 10-ATF-012678 & 10-ATF-012682**

The United States has filed a forfeiture action against **$17,673.00 in U.S. CURRENCY.**
A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at **www.forfeiture.gov** pursuant to Rule G of the
Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.

Attachment

| PLAINTIFF **UNITED STATES OF AMERICA** | COURT... NUMBER **RDB14CV2528** |
|---|---|

| **$17,673.00 in U.S. Currency** | TYPE OF PROCESS Verified Complaint in Rem |
|---|---|

| **SERVE ▶ AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN 761020-09-0039 / 10-ATF-012678 & 10-ATF-012682 |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served with this Form - 285 | |
| Naquita C. Ervin, Paralegal Specialist U.S. Attorney's Office 36 S. Charles Street, 4th floor Baltimore, Maryland  21201 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Post Notice on property premises.   Fill in the date of arrest in this process receipt and return our copy.

| Signature of Attorney or other Originator requesting service on behalf of :   ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 410-209-4800 | DATE 8/8/14 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No._____ | District of Origin No._____ | District to Serve No._____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I  hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and  return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: